CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/5/2022
LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.

THOMAS FRANCIS SOMERS IV,

*Defendant.*

CASE NO. 3:15-cr-10

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Defendant's *pro se* motion to modify conditions of release, Dkt. 62, and *pro se* motion for sentence reduction and/or home confinement pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Dkt. 65.

For the reasons presented in the accompanying opinion, the Court **DENIES** both Defendant's motion for a recommendation to the BOP that Defendant receives twelve months of Residential Reentry Center placement, Dkt. 62, and Defendant's motion for sentence reduction and/or home confinement pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Dkt. 65.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 5th day of October, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1